**SO ORDERED.**

**SIGNED this 11 day of May, 2017.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

IN RE:
ASHLEY T WALLACE
SARA J WALLACE
           DEBTOR(S)

CASE NO.  16-00859-5-DMW
CHAPTER 11

**ORDER GRANTING MOTION FOR APPROVAL OF CONSENT ORDER**

    Upon consideration of the Motion for Approval of Consent Order filed by Wells Fargo Bank, and after required to notice all necessary parties, and there being no objection filed, the Court finds as follows that the proposed Consent Order is approved.

    IT IS HEREBY ORDERED that the Motion for Approval of Consent Order is hereby granted.

END OF DOCUMENT